

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-13-00532-CR

Edward Lee **CARTER**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR1674
The Honorable Angus McGinty, Judge Presiding

# O R D E R

The State's brief was originally due to be filed on April 11, 2014. The State's first motion for extension of time was granted, extending the deadline for filing the brief to May 12, 2014. On May 12, 2014, the State filed a motion requesting an additional extension of time to file the brief until June 12, 2014, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE STATE WILL BE GRANTED**. The State's brief must be filed by June 12, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court